UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CANTANDO,<br><br>    Plaintiff,<br><br>v.<br><br>KRISTINE KARKANEN,<br><br>    Defendant. | Case No. 18-cv-05295-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On July 31, 2018, Defendant Kristine Karkanen removed this action to the United States District Court for the Northern District of Texas, which transferred the case to this District on August 29, 2018. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Jon S. Tigar to determine whether it is related to *Cantando v. Karkanen*, No. 18-cv-4733 JST.

**IT IS SO ORDERED.**

Dated: October 1, 2018

DONNA M. RYU
United States Magistrate Judge